# Mississippi Electronic Courts
# Fifteenth Circuit Court District (Lamar Circuit Court)
## CIVIL DOCKET FOR CASE #: 37CI1:20-cv-00043-AM

| | |
|---|---|
| RAYBURN v. LAMAR COUNTY, MISSISSIPPI et al | Date Filed: 04/15/2020 |
| Assigned to: Anthony Mozingo | Current Days Pending: 114 |
| | Total Case Age: 114 |
| **Upcoming Settings:** | Jury Demand: None |
| | Nature of Suit: 175 Other Torts |
| None Found | |

**Plaintiff**

**CASEY ALLEN RAYBURN**    represented by    **Lewie G Negrotto, IV**
Negrotto & Associates, PLLC
220 E. Scenic Drive, Suite 200
PASS CHRISTIAN, MS 39571
228-222-4777
Fax: 866-526-0715
Email: skip@negrottolaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LAMAR COUNTY, MISSISSIPPI**

**Defendant**

**DANNY RIGEL**
*other*
SHERIFF OF LAMAR COUNTY, MISSISSIPPI

**Defendant**

**WILLIAM MCARTHUR**

**Defendant**

**RACHEL GREEN**
*other*
AS A NURSE AT LAMAR COUNTY, MISSISSIPPI JAIL

**Defendant**

**JOHN DOE 1-4**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2020 | 1 | Civil Cover Sheet. (Sellers, Pam) (Entered: 04/15/2020) |

| 04/15/2020 | 2 | COMPLAINT against RACHEL GREEN, JOHN DOE 1-4, LAMAR COUNTY, MISSISSIPPI, WILLIAM MCARTHUR, DANNY RIGEL, filed by CASEY ALLEN RAYBURN. (Sellers, Pam) (Entered: 04/15/2020) |
| --- | --- | --- |
| 04/15/2020 | 3 | SUMMONS Issued to DANNY RIGEL. (Sellers, Pam) (Entered: 04/15/2020) |
| 04/15/2020 | 4 | SUMMONS Issued to LAMAR COUNTY, MISSISSIPPI. (Sellers, Pam) (Entered: 04/15/2020) |
| 04/15/2020 | 5 | SUMMONS Issued to WILLIAM MCARTHUR. (Sellers, Pam) (Entered: 04/15/2020) |
| 04/15/2020 | 6 | SUMMONS Issued to RACHEL GREEN. (Sellers, Pam) (Entered: 04/15/2020) |

| MEC Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 08/07/2020 10:23:28 | | | |
| You will be charged $0.20 per page to view or print documents. | | | |
| MEC Login: | sl0205 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 37CI1:20-cv-00043-AM |
| Billable Pages: | 1 | Cost: | 0.20 |

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2009)

**Court Identification Docket #:** 371 CI
County #: 37 | Judicial District: 1 | Court ID (CH, CI, CO): CI

**Case Year:** 2020

**Docket Number:** 043

**Local Docket ID:**

Month/Date/Year: 04/15/20

*This area to be completed by clerk*

*Case Number if filed prior to 1/1/94*

In the **CIRCUIT** Court of **LAMAR** County — Judicial District

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual:** Last Name: **RAYBURN** | First Name: **CASEY** | Maiden Name: | M.I.: **A.** | Jr/Sr/III/IV:

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business:** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff:** _____

**Attorney (Name & Address):** Lewie G Negrotto IV 133 Davis Ave Pass Christian MS 39571   **MS Bar No.** 10060

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

### Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual:** Last Name: _____ | First Name: _____ | Maiden Name: _____ | M.I.: _____ | Jr/Sr/III/IV:

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

**X** Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency: **LAMAR COUNTY, MISSISSIPPI**

**Business:** _____

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known:** _____   **MS Bar No.** _____

FILED LAMAR COUNTY APR 15 2020 CIRCUIT CLERK

### Damages Sought:
Compensatory $ **1,000,000.00**   Punitive $ **2,000,000.00**   ___ Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Termination of Parental Rights
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other _____

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Worker's Compensation
- [ ] Other _____

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other _____

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Other _____

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion Minor
- [ ] Removal of Minority
- [ ] Other _____

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other _____

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other _____

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other _____

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other _____

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [X] Other **MTCA**

IN THE __CIRCUIT__ COURT OF __LAMAR__ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____
         File Yr    Chronological No.   Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** __RIGEL__ __DANNY__ ( _____ ) ___ ___
         Last Name    First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A __LAMAR COUNTY SHERIFF AND ALSO INDIVIDUALLY__

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** __MCARTHUR__ __WILLIAM__ ( _____ ) ___ ___
         Last Name    First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** __GREEN__ __RACHEL__ ( _____ ) ___ ___
         Last Name    First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A __LAMAR COUNTY SHERIFF'S DEPARTMENT__

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

LAMAR COUNTY   APR 15 2020   CIRCUIT CLERK

**IN THE** CIRCUIT **COURT OF** LAMAR **COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF**

Docket No._____ - _____ _____
         File Yr            Chronological No.        Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page ___ of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # ___ :**

**Individual:** DOE 1-4 _____ JOHN _____ ( _____ ) _____ _____
              Last Name              First Name        Maiden Name, If Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ **Bar # or Name:** _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

---

**Defendant # ___ :**

**Individual:** _____ _____ ( _____ ) _____ _____
              Last Name              First Name        Maiden Name, If Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ **Bar # or Name:** _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

---

**Defendant # ___ :**

**Individual:** _____ _____ ( _____ ) _____ _____
              Last Name              First Name        Maiden Name, If Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ **Bar # or Name:** _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

FILED
LAMAR COUNTY   APR 15 2020   CIRCUIT CLERK

## IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

**CASEY ALLEN RAYBURN**                                 **PLAINTIFF**

**VERSUS**                     **CIVIL ACTION NO. 37:20CV043**

**LAMAR COUNTY, MISSISSIPPI; DANNY RIGEL,
INDIVIDUALLY AND AS SHERIFF OF LAMAR COUNTY,
MISSISSIPPI; WILLIAM MCARTHUR; RACHEL GREEN,
INDIVIDUALLY AND AS A NURSE AT LAMAR COUNTY,
MISSISSIPPI JAIL AND JOHN DOE 1-4**               **DEFENDANTS**

### COMPLAINT

COMES NOW, Plaintiff, Casey Allen Rayburn, by and through his undersigned counsel and files this Complaint and in support thereof would show unto the Court the following, to-wit:

### PART I
### PARTIES

1. Plaintiff, Casey Allen Rayburn, is an adult resident citizen of Lamar County, Mississippi with a mailing address of 34 Pinecrest Road, Purvis, MS 39475

2. Defendant, Lamar County, Mississippi, may be served with process by serving a copy of the Summons and Complaint to Warren Byrd, President of the Lamar County Board of Supervisors, at his office located at 403 Main Street, Purvis, MS 39475.

3. Defendant, Danny Rigel ("Rigel"), individually and as Sheriff of Lamar County, Mississippi is believed by Plaintiff to be an adult resident citizen of Lamar County, Mississippi who can be served with a copy of the Summons and Complaint by serving him at his office located at 201 Main Street, Purvis, MS 39475 S 39525.

4. Defendant, William McArthur ("McArthur"), is believed by Plaintiff to be an adult resident citizen of George County, MS who can be served with a copy of the Summons and Complaint at his office located at 859 Hwy 26, Lucedale, MS 39452.

FILED
LAMAR COUNTY APR 15 2020 CIRCUIT CLERK

5. Defendant, Rachel Green ("Green"), is believed by Plaintiff to be a resident of Lamar County, MS who can be served with a copy of the Summons and Complaint by serving her at her office located at 201 Main Street, Purvis, MS 39475 S 39525.

6. Defendants, John Doe 1-4, who are currently unknown to Plaintiff but are believed to be involved in the wanton and grossly negligent conduct that resulted in Plaintiff's injury are anticipated to be revealed through discovery and shall be properly named and served at that time.

## PART II
## JURISDICTION AND VENUE

7. Jurisdiction is proper in this Court as the amount in controversy is in compliance with Miss. Code Annotated Section 9-9-21. Venue is proper in this Court pursuant to Miss. Code Annotated Section 11-11-3, et seq. in the County in which this incident occurred. This incident occurred on Ridgewood Drive, in Hancock County, Mississippi.

## PART III
## CLAIMS

### BACKGROUND INFORMATION

8. On January 16th or 17th, Rayburn was transferred to the Lamar County, Mississippi Jail. Rayburn and a member of his family informed the Lamar County jailer of his medical issues related to his foot and updated them on what had been done at the Forrest County Jail.

9. Nothing was done by Lamar County. Rayburn continued to complain to the jailer and jail nurse of the ever-increasing pain in his foot, his desire to see a doctor and the need for his prescription medication. Though he continually made requests to the jail nurse, Rachel Green, to set an appointment for him to see the jail doctor, William McArthur, MD, nothing was done, and he was not seen by a doctor. At one point, Rayburn was placed in solitary confinement because he would not stop complaining about the pain in his foot or his repeated requests to see a doctor.

FILED
LAMAR COUNTY   APR 15 2020   CIRCUIT CLERK

10. Rayburn did not see doctor McArthur until Sunday, February 10, 2019 after Rayburn's father-in-law called the Lamar County Jail and warned that he would be calling the MS Department of Corrections on Monday morning to file a complaint for the failure of the jail to provide proper medical treatment to Rayburn. During his visit with the Doctor McArthur, there was no mention about the prior foot culture and Rayburn was given a band-aid for his foot wound. He did get his prescription medication.

11. Rayburn was released from jail on April 30, 2019. He did not receive medical treatment for his foot injury while in jail other than a band-aid and it took almost a month before he obtained his prescription medication. Rayburn's foot injury escalated during his time in jail and continued after his release from jail to a point where he had surgery to remove his middle toe, is disabled, has suffered greatly and will need future medical attention.

12. Rayburn claims that Lamar County Jail should have contacted Forrest County jail to get all medical records from Rayburn's stay there, given him access to a doctor, properly treated his injury and provided him his prescription medication while in jail. The foot culture taken at Forrest County jail and which was disclosed to the Lamar County jailer at the time of intake clearly showed four types of bacteria were present in Rayburn's wound while he was in jail in Lamar County and nothing was done by anyone to stop the infection process or provide him proper medical attention.

13. Rayburn's constitutional right to proper medical care while in the custody of the Lamar County jail was violated.

## COUNT ONE
## WANTONESS AND/OR GROSS NEGLIGENCE

14. Plaintiff alleges and incorporates here each allegation and paragraph set forth above as though copied verbatim herein.

FILED
LAMAR COUNTY   APR 15 2020   CIRCUIT CLERK

15. The Defendants, Rigel, McArthur and Green were wanton and grossly negligent as follows, but not limited to the following ways:

    a. Failure to respond to Plaintiff's numerous complaints of pain and suffering;
    b. Failure to provide Plaintiff with needed prescription medication;
    c. Placing Plaintiff in solitary confinement for his continued complaints of pain and suffering and requests for medical treatment;
    g. Other acts of wantonness and/or gross negligence to be shown at the trial of this case.

16. The Defendants had a duty to provide Plaintiff with proper medical care and treatment when he arrived at the jail with a serious injury and having been informed by Plaintiff and his family of his condition and previous treatment done which was readily available to the Lamar County jail personnel. Defendants willfully and wantonly breached that duty and actually punished Plaintiff for trying to seek proper medical treatment.

17. Plaintiff's injury is a direct and proximate result of Defendants' willful and wanton behavior and for which he is entitled to compensation for same.

## COUNT TWO
## VIOLATION OF 42 U.S.C. SECTION 1983

18. The Plaintiff realleges and incorporates each allegation and paragraph set forth as though copied verbatim herein. The jurisdictional allegations referenced above are incorporated as if fully written herein.

19. The Defendants' policy, procedures and customs for providing medical care are archaic and obtrusive and are the cause of Plaintiff's injury.

20. The Defendants' violation of Plaintiff's right to be secure in his basic human need of medical care and safety through their deliberate indifference to Plaintiff's needs was the cause of his injury.



## COUNT THREE
## VICARIOUS LIABILITY OF LAMAR COUNTY, MISSISSIPPI

17. The Plaintiff reallege and incorporate each allegation and paragraph set forth as though copied verbatim herein.

18. As a consequence of the acts and/or omissions of Defendants, Rigel, McArthur and Green, who Plaintiff believes were all working for the Lamar County jail at the time of the injury in question, Defendant, Lamar County, Mississippi, is vicariously liable for said acts of its employee.

19. The above-referenced wanton and grossly negligent acts or omissions, whether taken separately or cumulatively, were a proximate cause of this collision and the resulting injuries and damages sustained by the Plaintiff.

## PART IV
## PRAYER FOR RELIEF

22. Plaintiff is entitled to legal compensation and damages in an amount to be determined by the trier of fact, for injuries sustained in for failure of Defendants to provide him proper medical care, including, but not limited to:

   a.   The past, present and future pain and suffering of this Plaintiff;

   b.   Past, present and future medical bills and related expenses incurred by this Plaintiff (including but not limited to medically related travel expenses and prescriptions);

   c.   The Plaintiff's mental anguish and emotional distress;

   d.   The Plaintiff's loss of enjoyment of life;

   e.   Loss of wages and compensation;

   f.   Loss of wage earning capacity;

   g.   Punitive damages for Defendants' willful, wanton, and reckless disregard for the safety of Plaintiffs, and the Defendants should be assessed with punitive damages

FILED
LAMAR COUNTY   APR 15 2020   CIRCUIT CLERK

in an amount sufficient to punish the Defendants and to deter similar conduct by the Defendants and others in the future, in an amount to be determined by the trier of fact.

j.   All other damages to be determined by discovery and the trier of fact.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that her Complaint be received and filed, and that process issue to the Defendants in a manner provided for by law. That upon a trial in this cause, this Honorable Court will grant a judgment for the Plaintiff, of and against the Defendants jointly and severally, for compensatory damages, punitive damages, an award of reasonable attorneys' fees, pre-judgment and post-judgment interest, and all costs of this action in an amount to be determined by the trier of fact; and if mistaken in the relief prayed for, Plaintiffs pray for such relief, general or special, at law or in equity, to which they may be justly entitled.

RESPECTFULLY SUBMITTED, this 15th day of April 2020

Casey Allen Rayburn, Plaintiff

BY: NEGROTTO & ASSOCIATES, PLLC

BY:   */s/ Lewie G. "Skip" Negrotto IV*
Lewie G. "Skip" Negrotto IV (10060)
NEGROTTO & ASSOCIATES, PLLC
133 Davis Avenue, Suite L
Pass Christian, MS  39571
Telephone: (228) 222-4777
Facsimile: (866) 526-0715
E-Mail: skip@negrottolaw.com

F I L E D
LAMAR COUNTY   APR 15 2020   CIRCUIT CLERK



## IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

**CASEY ALLEN RAYBURN**                            **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 37:20cv043**

**LAMAR COUNTY, MISSISSIPPI; DANNY RIGEL, INDIVIDUALLY AND AS SHERIFF OF LAMAR COUNTY, MISSISSIPPI; WILLIAM MCARTHUR; RACHEL GREEN, INDIVIDUALLY AND AS A NURSE AT LAMAR COUNTY, MISSISSIPPI JAIL AND JOHN DOE 1-4**            **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:     **Danny Rigel, individually and as Sheriff of Lamar County, Mississippi**
        **201 Main Street**
        **Purvis, MS 39475**

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Lewie G. Negrotto IV, Esq., whose physical address is 133 Davis Avenue, Suite L, Pass Christian, Mississippi 39571. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief demanded in the Complaint without any further notice to you.

You must also file the original of your response with the Clerk of this Court within a

reasonable time afterward.

ISSUED under my hand and seal of this Court, this the 15 day of April 2020.

MARTIN HANKINS, CIRCUIT CLERK
LAMAR COUNTY, MISSISSIPPI

BY *Pam Sellers*
Deputy Clerk

MARTIN HANKINS, CIRCUIT CLERK
LAMAR COUNTY
PO BOX 369
PURVIS, MISSISSIPPI 39475

## IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

**CASEY ALLEN RAYBURN**                                                **PLAINTIFF**

**VERSUS**                                    CIVIL ACTION NO. 37: 20cv 043

**LAMAR COUNTY, MISSISSIPPI; DANNY RIGEL,
INDIVIDUALLY AND AS SHERIFF OF LAMAR COUNTY,
MISSISSIPPI; WILLIAM MCARTHUR; RACHEL GREEN,
INDIVIDUALLY AND AS A NURSE AT LAMAR COUNTY,
MISSISSIPPI JAIL AND JOHN DOE 1-4**                                    **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Lamar County, Mississippi,
      c/o Warren Byrd, President of the Lamar County Board of Supervisors
      403 Main Street
      Purvis, MS 39475.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Lewie G. Negrotto IV, Esq., whose physical address is 133 Davis Avenue, Suite L, Pass Christian, Mississippi 39571. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief demanded in the Complaint without any further notice to you.

You must also file the original of your response with the Clerk of this Court within a

reasonable time afterward.

ISSUED under my hand and seal of this Court, this the __15__ day of __April__ 2020.

MARTIN HANKINS, CIRCUIT CLERK
LAMAR COUNTY, MISSISSIPPI

BY *Pam Sellers*
Deputy Clerk

MARTIN HANKINS, CIRCUIT CLERK
LAMAR COUNTY
PO BOX 369
PURVIS, MISSISSIPPI 39475

## IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

**CASEY ALLEN RAYBURN**                                           **PLAINTIFF**

**VERSUS**                                    CIVIL ACTION NO. 37:20cv043

**LAMAR COUNTY, MISSISSIPPI; DANNY RIGEL,
INDIVIDUALLY AND AS SHERIFF OF LAMAR COUNTY,
MISSISSIPPI; WILLIAM MCARTHUR; RACHEL GREEN,
INDIVIDUALLY AND AS A NURSE AT LAMAR COUNTY,
MISSISSIPPI JAIL AND JOHN DOE 1-4**                              **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   **William McArthur
      859 Hwy 26
      Lucedale, MS 39452.**

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Lewie G. Negrotto IV, Esq., whose physical address is 133 Davis Avenue, Suite L, Pass Christian, Mississippi 39571. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief demanded in the Complaint without any further notice to you.

You must also file the original of your response with the Clerk of this Court within a

reasonable time afterward.

ISSUED under my hand and seal of this Court, this the _15_ day of _April_ 2020.

MARTIN HANKINS, CIRCUIT CLERK
LAMAR COUNTY, MISSISSIPPI

BY: _(signature)_
Deputy Clerk

MARTIN HANKINS, CIRCUIT CLERK
LAMAR COUNTY
PO BOX 369
PURVIS, MISSISSIPPI 39475

## IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

**CASEY ALLEN RAYBURN**                                             **PLAINTIFF**

**VERSUS**                                  CIVIL ACTION NO. 37-20cv 043

**LAMAR COUNTY, MISSISSIPPI; DANNY RIGEL,
INDIVIDUALLY AND AS SHERIFF OF LAMAR COUNTY,
MISSISSIPPI; WILLIAM MCARTHUR; RACHEL GREEN,
INDIVIDUALLY AND AS A NURSE AT LAMAR COUNTY,
MISSISSIPPI JAIL AND JOHN DOE 1-4**                **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Rachel Green
      201 Main Street
      Purvis, MS 39475

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Lewie G. Negrotto IV, Esq., whose physical address is 133 Davis Avenue, Suite L, Pass Christian, Mississippi 39571. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief demanded in the Complaint without any further notice to you.

You must also file the original of your response with the Clerk of this Court within a

reasonable time afterward.

ISSUED under my hand and seal of this Court, this the 15 day of April 2020.

MARTIN HANKINS, CIRCUIT CLERK
LAMAR COUNTY, MISSISSIPPI

BY _____
Deputy Clerk

MARTIN HANKINS, CIRCUIT CLERK
LAMAR COUNTY
PO BOX 369
PURVIS, MISSISSIPPI 39475